IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00351–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRIAN BARFOED JENSEN,
2. JENS-PETER KRISTENSEN,

    Defendants.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

It is **ORDERED** that a change of plea hearing is scheduled to commence at 3:15 o'clock p.m. on Friday, **October 13, 2006**. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, October 11, 2006. Defense counsel are responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, into Danish, furnished to defendants, and signed by defendants in advance of the hearing on the change of plea. Attached to the written translation of each document will be the interpreter's certificate that the written translation is a complete and correct interpretation of the document in question. The

Danish version of the document will be tendered to the courtroom deputy clerk no later than commencement of the change of plea hearing so that it can be marked as an exhibit.

Dated: September 21, 2006