IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00351–EWN


UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  BRIAN BARFOED JENSEN,
2.  JENS-PETER KRISTENSEN,

      Defendants.

---

## ORDER CONCERNING SENTENCING PROCEEDINGS

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      Defendants have tendered a plea of guilty to certain charges in this case and the matter has been referred to the United States Probation Department for preparation of a presentence investigation report.  In order to ensure systematic compliance with Fed. R. Crim. P. 32, U.S.S.G. §§ 6A1.1-6A1.3, p.s. (Nov. 2003) and Gen. Ord. 2002—3 (D. Colo. Jan. 16, 2002), it is

      **ORDERED** as follows:

      1.  The sentencing hearing is set for Thursday, **December 7, 2006,** from 9:00 o'clock a.m. until 9:30 o'clock a.m.

      2.  All parties, counsel, and the United States Probation Department will comply with the deadlines and procedures hereinafter set forth.

      3.  The United States Probation Department will complete the pre-sentence investigation report and serve it on the parties no later than December 4, 2006.  In disclosing the pre-sentence report, the probation department shall withhold the final recommendation as to sentence.

4.   The sentencing hearing having been expedited at the request of the defendants, the court ascertains that defendants have waived the thirty-five day period specified in Fed. R. Crim. P. 32(b)(6) for disclosure of the PSR.

5.   No variation in the procedures or deadlines set forth herein will be permitted, except on written motion stating good cause for the variation.

Dated: November 9, 2006

2