IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00351-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     JENS-PETER KRISTENSEN,

        Defendant.

**ORDER**

THIS MATTER coming before the Court upon motion of the government to dismiss Count 4 in the above-captioned case, and the Court having considered the same,

IT IS HEREBY ORDERED that Count 4 of the Indictment in the above-captioned case is dismissed.

SO ORDERED this 12th day of December, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM, JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO